# United States Court of Appeals
## For the First Circuit

No. 11-1025

LOUIS R. COSTA,

Petitioner, Appellant,

v.

TIMOTHY HALL, Superintendent, Massachusetts Correctional
Institute; THOMAS REILLY,

Respondents, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 8, 2012, is amended
as follows:

On page 14, line 13 of footnote 3: Replace "320-24" with "326-
329".

On page 16, line 10: remove the second space between the semi-
colon and "Bucci".